UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVIGAIL LEWIS BITON ET AL.,

       PLAINTIFF,

V.                                      CV 01-382 (RWR)

THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY ET AL.,

       DEFENDANTS.

## DEFENDANTS MOTION TO EXTEND TIME TO FILE ITS POST DAMAGES HEARING BRIEF

Defendants The Palestinian Authority and The Palestine Liberation Organization (collectively, "PA/PLO"), by counsel, and pursuant to Local Rule 7, move this Court for entry of an order extending the time by which PA/PLO must file its post damages hearing brief. In support hereof, PA/PLO state as follows:

1. The undersigned was subsequently informed by PA/PLO that PA/PLO was in the processing of retaining new counsel to represent PA/PLO in this case and to replace the undersigned as counsel of record.

3. The undersigned has been informed by PA/PLO that PA/PLO has retained the law firm of Miller & Chevalier Chartered, including attorneys Richard A. Hibey, Esq. and Mark J. Rochon, Esq., to represent PA/PLO in this case.

4. The law firm of Miller & Chevalier Chartered filed for a license on April 18, 2007 from the United States Office of Foreign Assets Control ("OFAC") related to the representation of PA/PLO, that license was only granted on late Friday May 11, 2007.

5.      The Court transcripts from the damages hearing held on April 17, 2007 are not yet ready.  The morning transcripts have been delivered to counsel but the afternoon hearing transcripts are still being prepared by the court reporter.

6.      On May 11, 2007, and pursuant to Local Rule 7(m), the undersigned contacted David J. Strachman, Esq., counsel for the Plaintiffs, to request his consent to an extension of the time by which PA/PLO must file its response to the Plaintiffs' Motion for Default Judgment until and including Wednesday, May 31, 2007.  Mr. Strachman did not consent to the requested extension.

7.      The undersigned respectfully submits that good cause exists for granting the requested extension and that the requested extension is necessary and appropriate under the circumstances, including the transcripts and Miller & Chevalier Chartered's recent granting its license from the OFAC.

WHEREFORE, PA/PLO requests that the Court grant this Motion and enter and order extending the time by which PA/PLO must file its response to the Plaintiffs' Motion for Default Judgment until and including Wednesday, May 31, 2007.  A proposed Order is attached hereto.

Date:  May 15, 2007                                         Respectfully Submitted,


                                                                         /s/
                                                            Maher H. Hanania (Bar No. 464766)
                                                            2300 Pimmit Drive, Suite 900
                                                            Falls Church, VA 22043
                                                            *Attorney for Defendants The Palestinian Authority and The Palestine Liberation Organization*