IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AVIGAIL LEWIS BITON, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY, *et al.*, <br><br> Defendants. | Civil Action No. 1:01cv382 (RMC) (JMF) |

**NOTICE OF DECISION AND ORDER IN RELATED CASE CONDITIONALLY GRANTING MOTION OF DEFENDANTS THE PALESTINIAN AUTHORITY AND THE PALESTINE LIBERATION ORGANIZATION TO VACATE DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(6)**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants") respectfully notify the Court of a decision and order signed on March 26, 2008, and issued on March 27, 2008, by the United States District Court for the Southern District of New York in *Knox v. PLO,* No. 03cv4466 (S.D.N.Y.) (VM) ("*Knox*") (Dkt. No. 122) conditionally granting the motion of the PA and the PLO, pursuant to Fed. R. Civ. P. 60(b)(6), to vacate the default judgment of $192,740,660.13 that had been entered on August 1, 2006 against the PA and the PLO in *Knox*. A copy of the March 27, 2008 Decision and Order in *Knox* is attached hereto as Exhibit A. Defendants respectfully submit this Notice in the event the Court wishes to take into account this recent development in its consideration of Defendants' Motion to Vacate pending in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 1, 2008 | /s/ Richard A. Hibey |
|  | Richard A. Hibey (D.C. Bar #74823) |
|  | Mark J. Rochon (D.C. Bar #376042) |
|  | Charles F.B. McAleer, Jr. (D.C. Bar #388681) |
|  | 655 Fifteenth Street, N.W., Suite 900 |
|  | Washington, DC  20005-5701 |
|  | Tel. (202) 626-5800 |
|  | Fax. (202) 628-0858 |
|  | rhibey@milchev.com |
|  | *Attorneys for The Palestinian Authority and The Palestine Liberation Organization* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of April, 2008, a true and genuine copy of the foregoing was filed in the Court's ECF system and thereby automatically sent to the following:

>David J. Strachman
>McIntyre, Tate & Lynch, LLP
>321 South Main Street, Suite 400
>Providence, RI  02903
>Djs@mtlhlaw.com
>
>*Attorneys for Plaintiffs*

/s/ Charles F. B. McAleer, Jr.