# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AVIGAIL LEWIS BITON, et al.

v.

01-00382(RMC)(JMF)

THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY, et al.

### NOTICE OF DISMISSAL

All the Plaintiffs hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this action is hereby dismissed in its entirety **with prejudice** in respect to all the Defendants.

Plaintiffs, by their Attorneys,

_____ 12/7/08

David J. Strachman D.C. Bar # D00210
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

## CERTIFICATION

I hereby certify that on December 8, 2008, a true copy of the within was sent via ECF to the following counsel of record:

Richard A. Hibey
Mark J. Rochon
Charles F. B. McAleer, Jr.
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701

/S/ David J. Strachman